IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RANA MONTOYA,
and those others similarly situated,

    Plaintiff,

v.                                       CASE NO. 1:10-cv-00180-SPM-GRJ

PARTNERSHIP FOR STRONG
FAMILIES, INC.,

    Defendants.

_____/

## O R D E R

Pending before the Court is Defendant's Consent Motion For Extension of Litigation Deadlines. (Doc. 18.) The parties request the Court to extend the discovery deadline for an additional thirty days so that the parties can complete the scheduled deposition of the Plaintiff. The parties also request the Court to extend the mediation and dispositive motion deadlines thirty days.

Upon due consideration, Defendant's Consent Motion For Extension of Litigation Deadlines (Doc. 18) is **GRANTED**. The discovery deadline is extended to **January 31, 2011**, the mediation deadline is extended to **February 14, 2011** and the deadline for filing dispositive motions is extended to **February 18, 2011**.

**DONE AND ORDERED** this 27th day of December, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge